IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0340 (RMU) |
| ) | |
| HENRY MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, Henry Masonry, Inc. without prejudice.

June 4, 2007

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Attorney for the Plaintiffs

2269054.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )   Civil Action No. 07-0340 (RMU)
                                   )
HENRY MASONRY, INC.,               )
                                   )
        Defendant.                 )
                                   )

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Dismissal without prejudice filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2007 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed without prejudice.

_____
Ricardo M. Urbina
United States District Court Judge

2269066.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0340 (RMU) |
| HENRY MASONRY, INC., | ) |
| Defendant. | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC  20006
> Telephone: (202) 420-3729
> Facsimile   (202) 420-2201
>
> Henry Masonry, Inc.
> 1707 Fairview Farms Circle
> Wentzville, MO  63385

2269062.01